<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-1275**

---

CLEVEN LEWIS ROBERSON,

Plaintiff - Appellant,

versus

JO ANNE BARNHART, Commissioner, Social
Security Administration,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CA-02-
2108-MJG)

---

Submitted: July 24, 2003          Decided: July 29, 2003

---

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Cleven Lewis Roberson, Appellant Pro Se. John Walter Sippel, Jr.,
OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland; Charlene
Patricia Bellinger-Honig, SOCIAL SECURITY ADMINISTRATION,
Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Cleven Lewis Roberson appeals the district court's order accepting the magistrate judge's recommendation to dismiss Roberson's complaint regarding social security benefits for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Roberson v. Barnhart</u>, No. CA-02-2108-MJG (D. Md. filed Feb. 12, 2003 & entered Feb. 13, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>